# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Electronic Risks Consultants, Inc. ) | ASBCA No. 60935 |
| ) | |
| Under Contract No. W911SG-15-P-0211 ) | |

APPEARANCE FOR THE APPELLANT:    Gordon J. Golum, Esq.
      Wilentz, Goldman & Spitzer, P.A.
      Woodbridge, NJ

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
      Army Chief Trial Attorney
      MAJ David H. Stem, JA
      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60935, Appeal of Electronic Risks Consultants, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals